UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

OREGON LABORERS-EMPLOYERS
HEALTH & WELFARE TRUST FUND,
et al.,

        Plaintiff,                         Civil No. 06-625-AS

    v.                                   O R D E R

BQC CONSTRUCTION, INC., an Oregon
corporation,

        Defendants.

HAGGERTY, Chief Judge:

    Magistrate Judge Ashmanskas has referred plaintiffs' motion for default judgment [12], motion for attorney fees [15] and cost bill [16] to this court for review. These motions are unopposed.

1       - ORDER

This court has examined the pending motions and the underlying record.  The motions are well-taken.  Accordingly, plaintiffs' motion for default judgment [12], motion for attorney fees [15] and cost bill [16] are approved and GRANTED.

Counsel for plaintiffs are ordered to file a proposed Default Judgment and a proposed Order Awarding Fees and Cost Bill for this court's review and signature.

IT IS SO ORDERED.

Dated this   11   day of December, 2006.

      /s/ Ancer L. Haggerty
      Ancer L. Haggerty
      United States District Judge